**In the Interest of Z.M.L.**

**Juvenile Officer, Respondent,**

v.

**Z.M.L., Appellant.**

**No. WD 76877.**

Missouri Court of Appeals,
Western District.

June 24, 2014.

Lori Fluegel, Kansas City, MO, for respondent.

Patricia Harrison, St. Louis, MO, for appellant.

Before Division III: THOMAS H. NEWTON, Presiding Judge, and MARK D. PFEIFFER and CYNTHIA L. MARTIN, Judges.

**Order**

PER CURIAM:

Z.L., a juvenile, appeals from the judgment of the Circuit Court of Jackson County, Missouri, Family Court Division, revoking Z.L.'s probation and executing the suspended order of disposition by committing Z.L. to the Director of Family Court Services for residential placement. Because a published opinion would have no precedential value, a memorandum of law has been provided to the parties. The judgment is affirmed. Rule 84.16(b).